STATE OF NEW JERSEY v. JESUS HERNANDEZ.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DEBRA KAUFMAN.

June 13, 1989.

Petition for certification granted, and the judgment of the Appellate Division is summarily reversed and the matter is remanded to the trial court for reconsideration of the sentence in light of *State v. Baylass,* 114 *N.J.* 169 (1989) and *State v. Molina,* 114 *N.J.* 181 (1989).

STATE OF NEW JERSEY v. ESTEBAN ORTIZ.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY BELLAMY.

June 14, 1989.

Petition for certification denied.